No. 106, Orig. ILLINOIS *v.* KENTUCKY. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies, if any, may be filed by the parties within 30 days. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded $108,838.95 for the period June 27, 1988, through July 6, 1990, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 487 U. S. 1215.]

No. 111, Orig. DELAWARE *v.* NEW YORK. Motion of New Jersey, North Dakota, and Wyoming for leave to file complaint in intervention referred to the Special Master. [For earlier order herein, see, *e. g.*, 493 U. S. 989.]

No. 112, Orig. WYOMING *v.* OKLAHOMA. Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies, if any, may be filed by the parties within 30 days. [For earlier order herein, see, *e. g.*, 489 U. S. 1063.]

No. 89–680. JAMES B. BEAM DISTILLING CO. *v.* GEORGIA ET AL. Sup. Ct. Ga. [Certiorari granted, 496 U. S. 924.] Motion of Council of State Governments et al. for leave to file a brief as *amici curiae* granted.

No. 89–1298. INGERSOLL-RAND CO. *v.* MCCLENDON. Sup. Ct. Tex. [Certiorari granted, 494 U. S. 1078.] Motion of respondent for divided argument denied.

No. 89–1330. INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS ET AL. *v.* BROWN. C. A. 4th Cir. [Certiorari granted, 496 U. S. 935.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1416. AIR COURIER CONFERENCE OF AMERICA *v.* AMERICAN POSTAL WORKERS UNION, AFL–CIO, ET AL. C. A. D. C. Cir. [Certiorari granted, 496 U. S. 904.] Motion of respondents American Postal Workers Union, AFL–CIO, et al. to dismiss the writ of certiorari for lack of jurisdiction denied. Motion of the Acting Solicitor General for divided argument granted.